## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

MIRANDA MATHIS,

     Plaintiff,

v.                           CASE NO.:  8:17-cv-01168-JDW-TGW

SMARTPAY LEASING, LLC,

     Defendant.

---

### PLAINTIFF'S NOTICE OF NON-OBJECTION TO DEFENDANT'S
### MOTION TO COMPEL ARBITRATION (DOC. 10)

---

COMES NOW Plaintiff, Miranda Mathis, by and through her undersigned counsel, hereby gives Notice to the Court that she does not object to this Court staying this matter and compelling arbitration per Defendant, SmartPay Leasing, LLC's, Motion to Compel Arbitration (Doc. 10).

### <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on July 6, 2017, a true copy of the foregoing was filed with the Clerk of the Court and served on the parties of record using the CM/ECF system.

Respectfully submitted,

*/s/ Lara E. McGuire*

Lara E. McGuire, Esq.
Florida Bar No. 0127170
Lara@TheConsumerProtectionFirm.com
William "Billy" Peerce Howard, Esq.
Florida Bar No. 0103330
Billy@TheConsumerProtectionFirm.com
THE CONSUMER PROTECTION FIRM, PLLC
210 A South MacDill Avenue
Tampa, FL 33609
Tele:  (813) 500-1500
Fax:  (813) 435-2369
*Attorneys for Plaintiff*